UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FA'DEE MULAZIM, and
MELANIC RADINATION ZONEX
DEPARTMENT,

        Plaintiffs,        Case no. 00-71209
                                            Honorable John Corbett O'Meara

v.

MICHIGAN DEPARTMENT
OF CORRECTIONS, et al.,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having considered Magistrate Judge Donald A. Scheer's Report and Recommendation, filed April 22, 2010, as well as the objections filed May 14, 2010, and being fully advised in the premises;

IT IS HEREBY ORDERED that the report and recommendation is accepted and adopted by this Court.

IT IS FURTHER ORDERED that the motion for relief from judgment, for temporary restraining order, and for leave to amend complaint is DENIED.

IT IS FURTHER ORDERED that Plaintiff's application to proceed in forma pauperis is DENIED.

                                            s/John Corbett O'Meara
                                            United States District Judge

Date: June 25, 2010

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 25, 2010, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager